IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RAYMOND GRADY, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA et al., | : | No. 14-3268 |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 26th day of May, 2015, upon consideration of the United States' Motion for Summary Judgment (Docket No. 22), Mr. Grady's Response in Opposition (Docket No. 27), the United States' Reply Brief (Docket No. 30), and the Joint Request to Modify Schedule dated May 21, 2015, and following oral argument on May 18, 2015, for the reasons set forth in the Court's Memorandum of even date, **the Court hereby ORDERS** that:

1. The Motion for Summary Judgment (Docket No. 22) is **DENIED**;

2. The final pretrial conference scheduled for May 29, 2015 at 2:00 p.m. will proceed as scheduled;

3. All pretrial filings and exhibits will be due on June 5, 2015, and the trial pool date will remain June 9, 2015.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge